UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES WAYNE GETZ, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:08-cv-00280-LSC-HGD |
| WARDEN LEON FORNISS and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

**O R D E R**

On September 22, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that respondent's motion to dismiss Getz's habeas corpus petition, on the ground that it is time-barred, is due to be and

hereby is DENIED. It is further ORDERED that this matter is REFERRED back to the magistrate judge for entry of a Supplemental Order to Show cause directing respondents to respond to the substantive issues raised by petitioner and to raise any other procedural bars that they believe may be applicable, and for entry of a Supplemental Report and Recommendation after further development of the record.

Done this 15th day of October 2008.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671